FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2015 JUN 12  PM 8: 05

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

**CRIMINAL ACTION NO.   1:13-CR-29-M**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**

**JAMES S. FALLER, II**                                    **DEFENDANT**

## JURY INSTRUCTIONS

************************************

These instructions will be in three parts: first, general rules that define and control your duties as jurors; second, the rules of law that you must apply in deciding whether the Government has proven its case; and third, some rules for your deliberations. A copy of these instructions will be available for you in the jury room.

### I.  GENERAL RULES CONCERNING JURY DUTIES

It is your duty to find the facts from all the evidence in the case. You must apply the law to those facts. You must follow the law I give to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices or sympathy. That means that you must decide the case solely on the evidence before you and according to the law, as you gave your oaths to do at the beginning of this case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important.  And you must not read into these instructions, or into anything I may have said or done, any suggestion as to what verdict you should return -- that is a matter entirely for you to decide.

The lawyers may refer to some of the governing rules of law in their arguments. However, if any differences appear to you between the law as stated by the lawyers and what I state in these instructions, you are to be governed solely by my instructions.

## BURDEN OF PROOF

The Defendant is presumed innocent.  The presumption of innocence remains with him unless the Government presents evidence that overcomes the presumption and convinces you beyond a reasonable doubt that he is guilty.  The Defendant has no obligation to present any evidence at all or to prove to you in any way that he is innocent. You must find the Defendant not guilty unless the Government convinces you beyond a reasonable doubt that he is guilty.  The Government must prove every element of the crimes charged beyond a reasonable doubt.  Proof beyond a reasonable doubt does not mean proof beyond all possible doubt.  Possible doubts or doubts based purely on speculation are not reasonable doubts.  A reasonable doubt is a doubt based on reason and common sense.  It may arise from the evidence, the lack of evidence, or the nature of the evidence.  Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely on it in making the most important decisions in your own lives. If you are convinced that the Government has proved the Defendant guilty beyond a

reasonable doubt, then say so by returning a guilty verdict.  If you are not convinced, then say so by returning a not guilty verdict.

## EVIDENCE

The evidence from which you are to decide what the facts are consists of (1) the sworn testimony of witnesses both on direct and cross-examination, regardless of who called the witness; (2) the exhibits that have been received into evidence; and (3) any facts to which the lawyers have agreed or stipulated to or that have been judicially noticed.

## WHAT IS NOT EVIDENCE

You must remember that the indictment is not evidence of any guilt.  It is simply the formal way the Government tells the Defendant what crime he is accused of committing.  It does not even raise any suspicion of guilt and you may not consider it as such.  Furthermore, the following things are not evidence and you may not consider them in deciding what the facts are:

1)      Arguments and statements by lawyers are not evidence;

2)      Questions and objections by lawyers are not evidence;

3)      Testimony I have instructed you to disregard is not evidence; and,

4)      Anything you may have seen or heard when the Court was not in session is not evidence.

## STATE OF MIND

Next, I want to explain something about proving a defendant's state of mind.

Ordinarily, there is no way that a defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

3



But a defendant's state of mind can be proved indirectly from the surrounding circumstances. This includes things like what the Defendant said, what the Defendant did, how the Defendant acted, and any other facts or circumstances in evidence that show what was in the Defendant's mind.

You may also consider the natural and probable results of any acts that the Defendant knowingly did, and whether it is reasonable to conclude that the Defendant intended those results. This, of course, is all for you to decide.

### DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two kinds of evidence: direct and circumstantial. Direct evidence is direct proof of a fact, such as testimony of an eyewitness. Circumstantial evidence is indirect evidence, that is, proof of a fact or chain of facts from which you could draw the inference, by reason and common sense, that another fact exists, even though it has not been proven directly. You are entitled to consider both kinds of evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

### CREDIBILITY OF WITNESSES

In deciding what the facts are, you must consider all of the evidence. In doing this, you must decide which testimony to believe and which testimony not to believe. You may disbelieve all or any part of any witness's testimony. You might want to take into consideration such factors as the witnesses' conduct and demeanor while testifying; their apparent fairness or any bias or prejudice they may have; any interest you may discern that they may have in the outcome of the case; their opportunities for seeing and

4

knowing the things about which they have testified; the reasonableness or unreasonableness of the events that they have related to you in their testimony; and any other facts or circumstances disclosed by the evidence that tend to corroborate or contradict their versions of the events.

In deciding whether to believe a witness, keep in mind that people sometimes forget things. You need to consider, therefore, whether a contradiction is an innocent lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or with only a small detail.

The weight of the evidence presented by each side does not necessarily depend on the number of witnesses testifying on one side or the other. You must consider all the evidence in the case, and you may decide that the testimony of a smaller number of witnesses on one side has greater weight than that of a larger number on the other or vice versa.

You should use your common sense in weighing the evidence. Consider it in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to reach that conclusion.

All of these are matters for you to consider in deciding the facts.

**SECONDARY-EVIDENCE SUMMARIES ADMITTED IN EVIDENCE**

During the trial you have seen or heard summary evidence in the form of calculation, testimony, and similar material. This summary was admitted in evidence, in

addition to the material it summarizes, because it may assist you in understanding the evidence that has been presented.

But the summary itself is not evidence of the material it summarizes, and is only as valid and reliable as the underlying material it summarizes.

## OPINION EVIDENCE

You have heard testimony from persons who have testified as an opinion witness. You do not have to accept the opinion. In deciding how much weight to give it, you should consider the witness's qualifications and how the witness reached his or her conclusions. Also consider the other factors discussed in these instructions for weighing the credibility of witnesses.

Remember that you alone decide how much of a witness's testimony to believe, and how much weight it deserves.

## DEFENDANT'S ELECTION NOT TO TESTIFY

A defendant has an absolute right not to testify. The fact that he did not testify cannot be considered by you in any way. Do not even discuss it in your deliberations.

Remember that it is up to the Government to prove the Defendant guilty beyond a reasonable doubt. It is not up to the Defendant to prove that he is innocent.

I will now explain the elements of the crime that the Defendant is accused of committing.

## II. RULES OF LAW

**INSTRUCTION NO. 1: Corrupt Endeavor to Obstruct or Impede the Due Administration of the Internal Revenue Code**
**[Count One]**

The Defendant, James S. Faller, II, has been charged with violating Title 26, United States Code, § 7212(a) which makes it a crime for anyone to corruptly obstruct or impede or endeavor to obstruct or impede the due administration of the Internal Revenue laws.

The Defendant may be found guilty of this offense, if the Government proves beyond a reasonable doubt each and every one of the following elements:

**FIRST**:     The Defendant corruptly;

**SECOND**:  Endeavored;

**THIRD**:     To obstruct or impede the due administration of the Internal Revenue laws.

As to the first element, to act "corruptly" is to act with the intent to secure an unlawful advantage or benefit either for oneself or for another.

As to the second element, the term "endeavor" means to knowingly and deliberately act or to knowingly and deliberately make any effort which has a reasonable tendency to bring about the desired result.  It is not necessary for the government to prove that the "endeavor" was successful or, in fact, achieved the desired result.

As to the third element, to "obstruct or impede" is to hinder, prevent, delay, or make more difficult the proper administration of the Internal Revenue laws.

Count 1 of the indictment alleges various ways in which the Defendant corruptly endeavored to obstruct and impede the due administration of the Internal Revenue laws, but the Government does not have to prove each one of them. The Government only has to prove beyond a reasonable doubt that the Defendant used one of those methods with the corrupt intent to obstruct and impede the due administration of the Internal Revenue laws. But you must all agree on which method the Defendant corruptly used.

**INSTRUCTION NO. 2: Tax Evasion**
**[Counts Two, Three, Four, Five and Six]**

The Defendant, James S. Faller, II, has been charged with violating Title 26, United States Code, § 7201, which makes it a crime for anyone to willfully attempt in any manner to evade or defeat any tax imposed by the Internal Revenue Code or the payment thereof.

The Defendant may be found guilty of this offense, if the Government proves beyond a reasonable doubt each and every one of the following elements:

**FIRST**:    The Defendant committed an affirmative act to evade or defeat a tax or the payment thereof;

**SECOND**: There was an additional tax due and owing from the Defendant; and

**THIRD**:    The Defendant willfully attempted to evade and defeat the tax.

As to the first element, the phrase "evade or defeat a tax" involves two things: first, the formation of an intent to evade or defeat a tax; and, second, willfully performing some act to accomplish the intent to evade or defeat that tax. Also, an "affirmative act" is an act done to mislead the Government with respect to the amount of taxes due and owing for the taxes and years in question or to conceal income to avoid the assessment or payment of a tax. Even otherwise lawful or innocent conduct may constitute an affirmative act if you find that Defendant acted with intent to conceal income or mislead the Government. An act likely to mislead the Government or conceal funds satisfies this

element.   However, failing to file a federal tax return, standing alone, is not an affirmative attempt to evade or defeat a tax.

Each count, 2 through 6, alleges various affirmative acts Defendant committed in attempting to evade or defeat a tax, but again, the Government does not have to prove each one of the alleged affirmative acts.  The Government only has to prove beyond a reasonable doubt that the Defendant committed one of those acts with the intent to evade or defeat a tax.  But you must all agree on which affirmative act of evasion the Defendant committed.

As to the second element, the Government must prove beyond a reasonable doubt that the Defendant had a tax deficiency due and owing for each of the tax evasion counts charged in the indictment.  The Government does not have to prove the exact amount that the Defendant owed or that the Defendant evaded all of the taxes set forth in the indictment. The Government is required to establish only that the Defendant owed tax for each of the evasion counts charged in the indictment, regardless of whether it is more or less than the amount set forth in the indictment.

As to the third element, acts are done "willfully" if done deliberately, voluntarily, and intending to violate a known legal duty.   Acts done as a result of accident, negligence, or inadvertence are not done "willfully."  Any willful failure to comply with the requirements of the Internal Revenue Code for one year is a separate matter from any such failure to comply for a different year.  The tax obligations of the Defendant in any one year must be determined separately from the tax obligations in any other year.

Specifically regarding Count Two, the Government has charged the Defendant with evading a Trust Fund Recovery Penalty. The Trust Fund Recovery Penalty constitutes a "tax" imposed by the Internal Revenue Code. The Government must prove beyond a reasonable doubt that the Defendant knew and understood that he owed a Trust Fund Recovery Penalty.

Regarding Counts Three, Four, Five, and Six, the Government has charged the Defendant with evading his income taxes for the years 2006, 2007, 2008, and 2009, respectively. If the Defendant has incurred a tax liability, it exists from the date the return is due. A taxpayer's liability exists independent of any administrative assessment. It is not necessary that a taxpayer receive a tax assessment before he is charged with a criminal violation of willful attempt to evade or defeat income tax. However, as to Counts Three, Four, Five, and Six, the Government must prove beyond a reasonable doubt that the Defendant knew and understood that he owed individual income taxes for the years 2006, 2007, 2008, and 2009, respectively.

**INSTRUCTION NO. 3: Failure to File Tax Returns**
**Determining Tax Deficiency & Deductions**

The first step in arriving at an individual's taxable income is to determine the gross income of that individual. Gross income generally means all income from whatever source derived. Gross income includes, but is not limited to, compensation for services, such as wages, salaries, fees, or commissions, income derived from a trade or business, gains from dealings in property, interest, royalties, and dividends. Gross income includes both lawful and unlawful earnings.

After having determined an individual's gross income, the next step in arriving at the income upon which the tax is imposed is to subtract from the gross income such deductions and losses as the law provides. In this connection, an individual is permitted to deduct from gross income all of the ordinary and necessary expenses paid or incurred during the taxable year in carrying on any trade or business or other profit-seeking endeavors, to the extent those expenses are not reimbursed by the business.

The amount remaining after subtracting the allowable deductions and losses from gross income is termed "adjusted gross income." In arriving at income upon which the tax is imposed, the individual is permitted to deduct from adjusted gross income either the zero bracket amount allowed by law or, in the alternative, amounts paid during the year for itemized deductions, which are limited by law, such as medical expenses, state income and property taxes, interest, charitable contributions, and other miscellaneous items. An individual is then allowed a deduction for each qualified exemption. The

resulting figure is termed "taxable income," that is to say, the sum on which the income tax is normally imposed.

Generally, there is an inference that a taxpayer will claim all deductions allowed on his return, and the deductions stated on the return are prima facie proof of the maximum deductible amounts to which the Defendant is entitled. Accordingly, if the Defendant asserts additional deductions other than those shown on the return, it is incumbent upon the Defendant to introduce evidence with respect to such additional deductions. The Government has no burden of proving deductions beyond those claimed on the return.

**INSTRUCTION NO. 4: Making and Subscribing to a False Document**
**[Count Seven]**

The Defendant, James S. Faller, II, has been charged with violating Title 26, United States Code, § 7206(1), which makes it a crime for anyone to willfully make and subscribe any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter.

The Defendant may be found guilty of this offense, if the Government proves beyond a reasonable doubt each and every one of the following elements:

**FIRST:**    Defendant made, or caused to be made, and signed (subscribed) a document that was false as to a material matter;

**SECOND:**   The Defendant did not believe the document to be true and correct as to the material matter;

**THIRD:**    The document contained a written declaration that it was being signed subject to the penalties of perjury; and

**FOURTH:**   The Defendant made, or caused to be made, and signed the document willfully.

As to the first element, a statement or representation is "material" if it has a natural tendency to influence or is capable of influencing a decision or action of the Internal Revenue Service. To be "material" it is not necessary that the statement or representation, in fact, influenced or deceived. The Government has alleged that the document, Form 433-A, was false in several material respects. However, the Government does not have

14

to prove that all of the items were false and material, that is, proof of the falsity and materiality of a single item is sufficient.

In proving that the Defendant violated Section 7206(1), the Government does not have to prove that there was a tax due and owing for the years in issue. Whether the Government has or has not suffered a pecuniary or monetary loss as a result of the alleged document is not an element of Section 7206(1).

As to the fourth element, acts are done "willfully" if done deliberately, voluntarily, and intending to violate a known legal duty.   Acts done as a result of accident, negligence, or inadvertence are not done "willfully."

Section 7206(1) expressly applies to "any return, statement, or other document" signed under penalties of perjury.  It is not limited to tax returns.

**INSTRUCTION NO. 5: Failure to File Tax Returns**
**[Counts Eight, Nine, Ten, and Eleven]**

The Defendant, James S. Faller, II, has been charged with violating Title 26, United States Code, § 7203, which makes it a crime for anyone to willfully fail to file a tax return at the time required by law.

The Defendant may be found guilty of this offense, if the Government proves beyond a reasonable doubt each and every one of the following elements:

**FIRST:** The Defendant was required by law or regulation to file a tax return concerning his income for the alleged taxable year;

**SECOND:** The Defendant failed to file such a return at the time required by law; and

**THIRD:** In failing to file the tax return, the Defendant acted willfully.

As to the first element, a person is required to file a federal income tax return for any calendar year in which he has gross income in excess of the amount set by the Internal Revenue Service. Gross income means the total of all income received before making any deductions allowed by law. A person is required to file a return if his gross income exceeded the amount as set by the Internal Revenue Service, even though that person may be entitled to deductions from that income so that no tax is due.

Gross income includes the following: (1) compensation for services, including fees, commissions and similar items; (2) gross income derived from business; (3) gains derived from dealings in property; (4) interest; (5) rents; (6) royalties; (7) dividends; (8) alimony and separate maintenance payments; (9) annuities; (10) income from life insurance and endowment contracts; (11) pensions; (12) income from discharge of

indebtedness; (13) distributive share of partnership gross income; (14) income in respect of a decedent; and (15) income from an interest in an estate or trust.

For the crime of willful failure to file a tax return, the Government is not required to show that a tax is due and owing from the Defendant, only that a return was required to be filed. Nor is the Government required to prove an intent to evade or defeat any taxes.

A married individual under 65 years old was required to make and file an individual income tax return if that individual had gross income in the following amounts or more:

1) For tax year 2006, gross income of $16,900 or more;
2) For tax year 2007, gross income of $17,500 or more;
3) For tax year 2008, gross income of $17,900 or more;
4) For tax year 2009, gross income of $18,700 or more.

Alternatively, a self-employed individual or one who carries on a trade or business as a sole proprietor was required to make and file an individual income tax return if that business had gross income in the following amounts or more:

1) For tax year 2006, gross income of $16,900 or more;
2) For tax year 2007, gross income of $17,500 or more;
3) For tax year 2008, gross income of $17,900 or more;
4) For tax year 2009, gross income of $18,700 or more.

As to the second element, the law provides that, absent an extension request, a return made on the basis of the calendar year shall be made on or before the 15th day of April, following the close of the calendar year, except that when April 15th falls on a Saturday, Sunday, or legal holiday, returns are due on the first day following April 15th which is not a Saturday, Sunday, or legal holiday. If an extension request is made, then the date extended by the request becomes the due date for the return. If you find beyond

a reasonable doubt that the Defendant had the required gross income for the years alleged in the indictment, then, as a matter of law, the Defendant was required to file a tax return on or before either April 15th or the extended due date of October 15th of the years alleged in the indictment.

As to the third element, acts are done "willfully" if done deliberately, voluntarily, and intending to violate a known legal duty.   Acts done as a result of accident, negligence, or inadvertence are not done "willfully."   Any willful failure to comply with the requirements of the Internal Revenue Code for one year is a separate matter from any such failure to comply for a different year. The tax obligations of the Defendant in any one year must be determined separately from the tax obligations in any other year.

**INSTRUCTION NO. 6: Proof of Knowledge of Contents of Return**

You may infer and find that a tax return was, in fact, signed by the person whose name appears to be signed to it. You are not required, however, to accept any such inference or to make any such finding.

If you find beyond a reasonable doubt from the evidence in the case that the Defendant signed the tax return in question, then you may also draw the inference and may also find, but are not required to find, that the Defendant knew of the contents of the return that he signed.

**INSTRUCTION NO. 7: Good Faith**

The good faith of Defendant is a complete defense to the tax charge in Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the indictment because good faith is simply inconsistent with willfully attempting to evade or defeat any tax, failing to timely file a tax return, and subscribing to a fraudulent document.

While the term "good faith" has no precise definition, it means, among other things, an honest belief, a lack of malice, and the intent to perform all lawful obligations. A person who acts on a belief or on an opinion honestly held is not punishable under this statute merely because that honest belief turns out to be incorrect or wrong. The tax laws subject to criminal punishment only those people who willfully file a fraudulent document, attempt to evade or defeat tax, and fail to file tax returns.

If a person acts without reasonable grounds for belief that his conduct is lawful, it is for the jury to decide whether that person has acted in good faith in order to comply with the law or whether that person has willfully filed a fraudulent document, attempted to evade or defeat tax, and failed to file tax returns.

In determining whether or not the Government has proven that the Defendant willfully filed a fraudulent document, attempted to evade or defeat tax, and failed to file tax returns, or whether the Defendant acted in good faith, the jury must consider all of the evidence received in the case bearing on the Defendant's state of mind.

The burden of proving good faith does not rest with the Defendant because the Defendant has no obligation to prove anything to you. The Government has the burden of proving to you beyond a reasonable doubt that the Defendant acted willfully.

## INSTRUCTION NO. 8

The indictment charges that the crime occurred "on or about" a certain date. Although the Government does not have to prove with certainty the exact date of the alleged offense, the Government must prove that the offense was committed on a date reasonably near the date alleged.

## INSTRUCTION NO. 9

If you decide that the Government has proved the Defendant guilty, then it will be my job to decide what the appropriate punishment should be.

Your job is to look at the evidence and decide if the Government has proved the Defendant guilty beyond a reasonable doubt.

## INSTRUCTION NO. 10

A separate crime or offense is charged in each count of the indictment. Each count, and the evidence pertaining to it, should be considered separately. The fact that you may find the Defendant guilty or not guilty as to one of the offenses charged should not control your verdict as to any other offense charged.

23

## INSTRUCTION NO. 11

You have heard testimony that the Defendant may have committed acts other than the ones charged in the indictment. If you find the Defendant did those acts, you can consider the evidence only as it relates to the Government's claim on the Defendant's intent, motive, opportunity, preparation, plan, knowledge, identity, absence of mistake, or absence of accident. You must not consider it for any other purpose.

Remember that the Defendant is on trial here only for charges contained in the indictment, not for the other acts. Do not return a guilty verdict unless the Government proves the crime charged in the indictment beyond a reasonable doubt.

### III. JURY DELIBERATIONS

I come now to the last part of the instructions, the rules for your deliberations.

### UNANIMOUS VERDICT

When you retire to the jury room, you will discuss the case with your fellow jurors to reach agreement if you can do so. The first order of business should be the selection of a foreperson. That person will preside over your deliberations and speak for you here in Court. Your verdict, whether it is guilty or not guilty, must be unanimous. To find the Defendant guilty, every one of you must agree that the Government has overcome the presumption of innocence with evidence that proves his guilt beyond a reasonable doubt. To find the Defendant not guilty, every one of you must agree that the Government has failed to convince you beyond a reasonable doubt. Either way, guilty or not guilty, your verdict must be unanimous.

### REACHING AGREEMENT

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with each other, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if you think you are wrong. But do not come to a decision simply because other jurors think it is right.

This case has taken a great deal of time and effort to prepare and try. There is no reason to think it could be better tried or that another jury is better qualified to decide it. Therefore, it is important that you reach a verdict if you can do so conscientiously. If it looks at some point as if you may have difficulty in reaching a unanimous verdict, you should reexamine your position to see whether you have given careful consideration and sufficient weight to the evidence that has favorably impressed the jurors who disagree



with you.   You should not hesitate to reconsider your views from time to time and to change them if you think that is appropriate.

It is important that you attempt to return a verdict but, of course, only if each of you can do so after having made his or her own conscientious determination.   Do not surrender an honest conviction as to the weight and effect of the evidence simply to reach a verdict.

**NOTES**

Now I'd like to say something about the notes you may have taken during the trial. Your notes should be used only as memory aids.   You should not give your notes precedence over your independent recollection of the evidence.   If you have not taken notes, you should rely upon your independent recollection of the proceeding, and you should not be unduly influenced by the notes of other jurors.

Notes are not entitled to any greater weight than the memory or impression of each juror as to what the testimony may have been.   Whether you have used notes or not, each of you must form and express your own opinion of the facts of the case.

You'll notice that we do have an official court reporter making a record of the trial.   However, we will not have a typewritten transcript from the record available for your use in reaching a decision in this case.

**RETURN OF VERDICT FORM**

After you have reached unanimous agreement on a verdict, your foreperson will fill in the verdict form that has been given to you and advise the Marshal outside your door that you are ready to return to the courtroom.   After you return to the courtroom, your foreperson will deliver the completed verdict form as directed.

26

## COMMUNICATION WITH THE COURT

Do not talk to the Marshal, or to me, or to anyone else, except each other, about this case. If it becomes necessary during your deliberations to communicate with me, you may send a note through the Marshal signed by your foreperson or by one or more members of the jury. No member of the jury should ever attempt to communicate with me on anything concerning the case except by a signed writing or here in open Court. Do not ever write down or tell anyone how you stand on your votes. For example, do not write down or tell anyone that you are split 6-6, or 8-4, or whatever your vote happens to be. That should stay secret until you are finished.